

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
\*   NOVEMBER 6, 2025   \*
BROOKLYN OFFICE

November 6, 2025

25-CR-352
Judge Diane Gujarati

**MEMORANDUM TO**

**OPERATIONS SUPERVISOR-CLERK'S OFFICE**

    Re: Courtney Hilaire
    DCKT DORI: 21CR0036-002 and
    21CR00039-001
    **Request for Transfer of Jurisdiction**

Reference is made to Courtney Hilaire (Hilaire) who was sentenced by the Honorable William E. Smith, U.S. District Judge, District of Rhode Island, on May 5, 2022 to sixty (60) months imprisonment followed by three (3) years of supervised release in connection with case 21CR00036-002, Conspiracy to Possess Fifteen or More Counterfeit or Authorized Access Devices in violation of 18 U.S.C. § 1029(a)(3) and (b)(2), a class C felony, Possession of Fifteen or More Counterfeit or Unauthorized Access Devices in violation of 18 U.S.C. § 1029(a)(3) and (c)(1)(A)(i), a Class C felony, and Possession of Device-Making Equipment in violation of 18 U.S.C. § 1029(a)(4) and (c)(1)(A)(ii), a class C felony and case 21CR00039-001, Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. § 371, a class D felony, Wire Fraud in violation of 18 U.S.C. § 1343 and 2, a class C felony, and Aggravated Identity Theft in violation of 18 U.S.C. § 1028(a)(1), a class E felony. The following special conditions on both dockets were imposed: 1) Participate in a substance abuse program; 2) Random drug screening; 3) Participate in a mental health program; 4) Pay for ordered treatment; 5) Financial disclosure; 6) No new credit; 7) One checking account; 8) Shall not transfer, sell, give away, or convey any asset value in excess of $1,000; 9) Will not hold employment or self-employment having fiduciary responsibilities; and 10) Cooperate with U.S. Probation Office in the investigation and approval of self-employment.

Due to his residency in Brooklyn, New York, Hilaire commenced supervised release in the Eastern District of New York and the current district is respectfully requesting both cases be transferred to this district.

2

Attached are the signed Prob 22 for each docket and our office respectfully requests both cases be reassigned to one judicial officer in Brooklyn. Your cooperation in this matter is greatly appreciated.

RESPECTFULLY SUBMITTED:

ROBERT L. CAPERS
CHIEF U.S. PROBATION OFFICER

Prepared by:

*Julianna Gruenberg*

Julianna Gruenberg
U.S. Probation Officer
November 6, 2025

Approved by:

*Kristen A. Aliperti*

Kristen A. Aliperti
Supervisory U.S. Probation Officer
November 6, 2025